Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
        kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A.,
California Reconveyance Company;
Mortgage Electronic Registration Services, Inc.;
and Federal Home Loan Mortgage Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WHITTINGTON HOLDINGS 1 LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>JOSEPH H WESTERFIELD; DENISE R WESTERFIELD; EL PARQUE HOMEOWNERS ASSOCIATION; SECURED FUNDING CORPORATION; TRUSTEE SERVICES INC; CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; JPMORGAN CHASE BANK NATIONAL ASSOCIATION; CHASE HOME FINANCE LLC; COOPER CASTLE LAW FIRM LLP; FEDERAL HOME LOAN MORTGAGE CORPORATION; COLDWELL BANKER PREMIER REALTY; CITY OF LAS VEGAS SEWER, DOES I through X, Inclusive,<br><br>Defendants,<br><br>Defendants. | Case No.:  2:15-cv-00316-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANTS JPMORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. WITH PREJUDICE** |

Plaintiff Whittington Holdings 1 LLC ("Whittington") and Defendants JPMorgan Chase Bank, N.A. ("Chase"), California Reconveyance Company ("CRC"), and Mortgage Electronic

1

Registration Systems, Inc. ("MERS") (collectively, the "Chase Defendants"), by and through their respective counsel of record, hereby stipulate that:

(1) Whittington hereby dismisses all claims asserted herein against Chase, CRC, and MERS with prejudice; and

(2) Whittington and the Chase Defendants shall each bear its/their own respective fees and costs; and

(3) The dismissals set forth herein pertain to the claims asserted against the Chase Defendants only, and do not pertain to any other party herein.

| Dated this 5th day of January, 2021. | Dated this 5th day of January, 2021. |
|---|---|
| SMITH LARSEN & WIXOM | THE BOURASSA LAW GROUP |
| /s/*Katie M. Weber*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendants<br>JPMorgan Chase Bank, N.A.,<br>California Reconveyance Company;<br>Mortgage Electronic Registration Services, Inc.; and Federal Home Loan Mortgage Corporation | /s/*Mark J. Bourassa*<br>Mark J. Bourassa, Esq.<br>Nevada Bar No. 7999<br>2350 W. Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff<br>Whittington Holdings 1, LLC |

**ORDER**

**IT IS SO ORDERED.**



RICHARD E. BOULWARE, II
United States District Court

DATED this 5th day of January, 2021.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2021, a copy of the foregoing **Stipulation and [Proposed] Order Dismissing Claims Against Defendants JPMorgan Chase Bank, N.A., California Reconveyance Company, and Mortgage Electronic Registration Systems, Inc. with Prejudice** was filed and served electronically via the Court's CM/ECF system and via U.S. Mail, postage prepaid (if indicated), to the following:

| | |
|---|---|
| Mark J. Bourassa, Esq.<br>THE BOURASSA LAW GROUP, LLC<br>2350 West Charleston Blvd., #100<br>Las Vegas, NV 89102<br>mbourassa@blgwins.com<br>Attorneys for Plaintiff | Leslie Bryan Hart, Esq.<br>John D. Tennert, Esq.<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>lhart@fclaw.com<br>jtennert@fclaw.com |
| Denise R. Westerfield<br>Joseph H. Westerfield<br>3750 Galt Ocean Drive, #1208<br>Fort Lauderdale, FL  33308<br>(Via U.S. Mail)<br>Defendants in Pro Se | and<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>ARNOLD & PORTER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>asim.varma@apks.com<br>Howard.Cayne@apks.com<br>michael.johnson@apks.com<br>Attorneys for Defendant<br>Federal Housing Finance Agency |

                          /s/ Mindy Warner
                          An employee of Smith Larsen & Wixom

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006