MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd. Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: mbourassa@blgwins.com

*Attorneys for Whittington Holdings 1, LLC*

### UNITED STATES DISTRICT COURT

### STATE OF NEVADA

| | |
|---|---|
| WHITTINGTON HOLDINGS 1 LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH H WESTERFIELD; DENISE R. WESTERFIELD; EL PARQUE HOMEOWNERS ASSOCIATION; SECURED FUNDING CORPORATION; TRUSTEE SERVICES INC; CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRATION SYSTEMS INC; JP MORGAN CHASE BANK NATIONAL ASSOCIATION; CHASE HOME FINANCE LLC; COOPER CASTLE LAW FIRM LLP; FEDERAL HOME LOAN MORTGAGE CORPORATION; COLDWELL BANKER PREMIER REALTY; CITY OF LAS VEGAS SEWER, DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00316-RFB-PAL<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST DEFENDANTS JOSEPH H. WESTERFIELD AND DENISE R. WESTERFIELD WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, WHITTINGTON HOLDINGS 1, LLC ("Plaintiff"), by and through its counsel of record, The Bourassa Law Group, LLC, and Defendants, JOSEPH H WESTERFIELD and DENISE R.

- 1 -

Case 2:15-cv-00316-RFB-BNW   Document 92   Filed 02/01/21   Page 2 of 2

WESTERFIELD, that Plaintiff's claims against Defendants JOSEPH H WESTERFIELD and DENISE R. WESTERFIELD be dismissed in their entirety with prejudice, as to each party, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 25th day of January 2021.

THE BOURASSA LAW GROUP

By: /s/ Mark J. Bourassa
    MARK J. BOURASSA, Esq.
    Nevada Bar No. 7999
    2350 W. Charleston Blvd., Suite 100
    Las Vegas, Nevada 89102

*Attorney for Plaintiff.*

DATED this 25 day of January 2021.

By: Joseph H. Westerfield
    JOSEPH H WESTERFIELD
    3750 Galt Ocean Drive, #1208
    Fort Lauderdale, Florida 33308
    dsmith1472@hotmail.com

*Pro se*

DATED this 25 day of January 2021.

By: Denise R. Westerfield
    DENISE R. WESTERFIELD
    3750 Galt Ocean Drive, #1208
    Fort Lauderdale, Florida 33308
    dsmith1472@hotmail.com

*Pro se*

IT IS SO ORDERED.

DATED THIS 1st day of February, 2021.

_____
RICHARD E. BOULWARE, II
**United States District Court**

- 2 -